ACCEPTED
04-14-00908-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/5/2015 4:35:05 PM
KEITH HOTTLE
CLERK

**Cause No. 04-14-00908**
**IN THE FOURTH COURT OF APPEALS**
**SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/05/15 4:35:05 PM

KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **KIT SHUM,** | § | |
| *Appellant,* | § | |
| | § | **On Appeal From the** |
| **v.** | § | **290ᵗʰ Judicial District Court** |
| | § | **Bexar County, Texas** |
| **THE STATE OF TEXAS,** | § | **Cause No. 2014-CR-1592** |
| *Appellee.* | § | |

## STATE'S MOTION TO AMEND ARGUMENT

TO THE HONORABLE JUSTICES OF THE COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, by and through the undersigned Assistant Criminal District Attorney, pursuant to Rule of Appellate Procedure 38.7, and respectfully seeks to amend the argument presented in its Brief in Response as follows:

### GROUNDS FOR AMENDMENT

1. The State's Brief in Response contends that Appellant was never offered a misdemeanor plea bargain and that the record does not reflect the offer of a misdemeanor plea bargain. (State's Brief at 22-25) The State's assertions in this respect were based on a review of the State's file (which did not indicate a misdemeanor offer) and a conversation with the trial prosecutor (who represented that no misdemeanor was offered).

1

2. After filing its Brief in Response, the undersigned prosecutor was contacted by counsel for Appellant and provided with an email from the trial prosecutor which clearly offers a misdemeanor plea bargain agreement. That email is attached to the filing of this Motion. The undersigned then spoke with the trial prosecutor (who now works for the Kendal County Attorney's Office), who said that she does not remember making the offer but acknowledges that the email appears to have been authored by herself.

3. While the email in question does not appear in the record of the case, the undersigned prosecutor does not wish to advance an argument contrary to known facts.

## NATURE OF AMENDMENT

1. The State seeks by this motion to modify its argument by withdrawing the assertion that the prosecution never offered Appellant a misdemeanor plea bargain agreement.

2. The State maintains all remaining points of argument and authority in its Brief in Response.

## PRAYER

BY THE FOREGOING REASONS AND AUTHORITIES, the State of Texas respectfully prays this Honorable Court permit the State to amend the argument presented in its Brief in Response as described above.

Respectfully Submitted:

S. Patrick Ballantyne
Assistant Criminal District Attorney
Bexar County, Texas
State Bar # 24053759
101 W. Nueva St., 7th floor
San Antonio, Texas 78205
210-335-2277 (phone)
sballantyne@bexar.org

## CERTIFICATE OF SERVICE

I, S. Patrick Ballantyne, hereby certify that a true and correct copy of this Brief was transmitted this 5th day of October, 2015, to Michael Gross, attorney of record for Appellant by electronic service through a court-approved eFiling system.

S. Patrick Ballantyne

**From:** Lambiase, Amy T. [mailto:Amy.Lambiase@bexar.org]
**Sent:** Friday, August 22, 2014 5:51 PM
**To:** 'Kristopher'
**Subject:** RE: Defendant: Kit Shum

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/05/15 4:25:05 PM
KEITH E. HOTTLE
Clerk

Ok, I received the immigration information—I just wanted to be sure that defendant was getting immigration advice, and didn't know if you were his immigration source as well. The Act provided does state that after admission "*conviction of two or more crimes involving moral turpitude, **not arising out of a single scheme of criminal misconduct, . . .*" As you know, the 2 charges against Mr. Shum are out of a single episode/scheme. Nevertheless, I will only ask that Mr. Shum plead on the felony reduction and will take the other case in consideration of that plea and dismiss it. Also, the jail/prison time cannot exceed 1 year. Taking the above information in mind, this is the offer:

PLEA TO THE REDUCED CHARGE OF: UNAUTHORIZED RECORDING – LABELING (7 or Fewer) (Misdemeanor)

$5,000 + cc + 11 mos. Jail probated for 2 years (11mos/ 2 yrs.) [State to recommend the probation term – up to judge to impose what she deems appropriate]+ 200 c.s. + TIC and dismiss CC#452159 + Agreed Order to Forfeit and Destroy all items seized from both cases

No application for Deferred.

**Amy T. Lambiase**

Assistant Criminal District Attorney

Bexar County District Attorney's Office

101 W. Nueva Street, 7th Floor

San Antonio, TX 78205

Phone: (210) 335-2736

Fax: (210) 335-2773

CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have